## CRISP v. STATE.
### No. 22209.

Court of Criminal Appeals of Texas.
June 17, 1942.

A. J. Smith, Jr., of Stamford, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.
June 17, 1942.

A. J. Smith, Jr., of Stamford, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

On a plea of guilty before the court appellant was convicted of the theft of an

automobile, and his punishment assessed at two years confinement in the penitentiary.

The indictment appears to be in proper form. The record contains neither statement of facts nor bills of exceptions. Nothing is presented for review.

The judgment will therefore be affirmed.